# Order

Michigan Supreme Court
Lansing, Michigan

August 6, 2009

Marilyn Kelly,
Chief Justice

137348

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137348
COA: 283792
Wayne CC: 07-011473-FH

DARRYL DUCKETT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

p0720